

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00324-CR

**THE STATE OF TEXAS,**
Appellant

v.

John D. **DELOACH**,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 130556
Honorable Scott Roberts, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

On December 10, 2014, appellee filed a Motion for En Banc Reconsideration. The court is requesting a response. It is therefore ORDERED that appellee may file a response, which is due **no later than December 29, 2014**.

It is so **ORDERED** on the 17th day of December, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court        .